# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF332
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41665 | $1,167.92 | 10/25/2024 | SD12822 | 7/29/2024 | $1,167.92 |
| | 41665 | $76.00 | 10/25/2024 | SD12932 | 9/27/2024 | $76.00 |
| | 41665 | $37,300.00 | 10/24/2024 | SD12974 | 10/1/2024 | $37,300.00 |
| **Total Transfers** | **3** | **$38,543.92** | | | | **$38,543.92** |